Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00206-CV

Frank **BROWN** and United Parcel Service, Inc.,
Appellants

v.

Mary Helen **BALDERAS**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-08698
Honorable Larry Noll, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
                Phylis J. Speedlin, Justice
                Rebecca Simmons, Justice

Delivered and Filed:   August 19, 2009

DISMISSED

The appellants have filed a motion to dismiss this appeal. We grant the motion and dismiss

the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of appeal are assessed against the appellants.

PER CURIAM